

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2020

No. 04-20-00420-CR

**EX PARTE GUSTAVO GARZA**

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR3143
Honorable Andrew Wyatt Carruthers, Judge Presiding

# O R D E R

On November 4, 2020, appellant filed a response stating he was unable to obtain a signed, written order and "the onus" was on the trial court. We advised appellant that if he intended his letter to serve as a petition of writ of mandamus regarding the trial court's failure to rule, it had to be refiled as such. Otherwise, without a supplemental clerk's record containing a signed, written order establishing this court's jurisdiction, we would dismiss the case. On December 10, 2020, we received a supplemental clerk's record containing an order denying appellant's writ of habeas corpus and establishing our jurisdiction. *See* TEX. CODE CRIM. PROC. ANN. art. 11.072. The appellate record is now complete. We therefore **ORDER** appellant to file his brief **by January 4, 2021.** *See* TEX. R. APP. P. 31.2.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court